UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                                                Case No.: 3:11-bk-03128-PMG

RODNEY K. ROEMER, JR., and
RENEE E. ROEMER,

    Debtors.

_____/

## JOINT MOTION TO CONTINUE FINAL EVIDENTIARY HEARING

Gordon P. Jones, Chapter 7 Trustee (the "Trustee"), by and through his undersigned counsel, and Rodney K. Roemer, Jr. and Renee E. Roemer (the "Debtors"), by and through their undersigned counsel, hereby move the Court for entry of an Order continuing the final evidentiary hearing on the Trustee's Motion for Turnover of Property of the Estate (the "Motion") (Doc. No. 33) set for Friday, November 18, 2011 at 11:00 a.m., and say in support thereof:

    1.    On April 29, 2011 (the "Petition Date"), the Debtors filed a voluntary petition for relief (the "Petition") under Chapter 7 of Title 11 of the United States Code (the "Bankruptcy Code") in the case styled as *In re Rodney K. Roemer, Jr. and Renee E. Roemer*, Case No. 3:11-bk-03128-PMG (the "Bankruptcy Case") in the United States Bankruptcy Court for the Middle District of Florida, Jacksonville Division (the "Bankruptcy Court").

    2.    On July 1, 2011, the Trustee filed the Motion, and an Objection to Debtor's Claim of Exemptions (the "Objection") (Doc. No. 32).

    3.    On August 16, 2011, the Clerk of Court issued a Notice scheduling a final evidentiary hearing on the Motion and Objection for Friday, November 18, 2011 at 11:00 a.m. (the "Hearing").

{22677543;1}

4.  The Trustee and Debtors have reached an agreement regarding the Objection, but need additional time to resolve the corresponding issues raised in the Motion without the need for the Hearing, and respectfully request a continuance of the Hearing to a date no sooner than 30 days after November 18, 2011.

WHEREFORE, Gordon P. Jones, Chapter 7 Trustee, and Rodney K. Roemer, Jr. and Renee E. Roemer, Debtors, respectfully request that the Court enter an order continuing the Hearing to a date no sooner than 30 days after November 18, 2011, and granting such other and further relief as the Court deems just and proper.

Dated: November 17, 2011.

| AKERMAN SENTERFITT | LABELLA LAW |
|---|---|
| By: /s/ Jacob A. Brown<br>Jacob A. Brown<br>Florida Bar No. 0170038<br>Email: jacob.brown@akerman.com<br>Adina L. Pollan<br>Florida Bar No. 0015639<br>50 North Laura Street, Suite 3100<br>Jacksonville, Florida 32202<br>Telephone: (904) 798-3700<br>Facsimile: (904) 798-3730<br><br>ATTORNEYS FOR CHAPTER 7 TRUSTEE | By: _____<br>John J. Freeman<br>Florida Bar No. 58618<br>Email: jfreeman@labellalaw.com<br>1665 Kingsley Avenue, Suite 108<br>Orange Park, FL 32073<br>Telephone: (904) 541-1643<br>Facsimile: (904) 541-1676<br><br>ATTORNEYS FOR DEBTORS |

{22677543;1}

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was furnished either by electronic notification or U.S. Mail, postage prepaid and properly addressed, this 17th day of November, 2011, to:

Rodney K Roemer, Jr.
Renee E. Roemer
2620 Malibu Circle
Orange Park, FL 32065

John J. Freeman , Esq.
LaBella Law
1665 Kingsley Avenue, Suite 108
Orange Park, FL 32073

Gordon P. Jones, Chapter 7 Trustee
P.O. Box 600459
Jacksonville, FL 32260-0459

United States Trustee – JAX7
135 W. Central Blvd., Ste. 620
Orlando, FL 32801

/s/ Jacob A. Brown
Attorney

{22677543;1}